United States District Court
Southern District of Texas
**ENTERED**
April 13, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| *versus* § § | Case No. 5:25–po–40185 |
| Carlos Eduardo Rubio–Zavala § | |

### ORDER FINDING PROBABLE CASE

    I find that the complaint and/or affidavit(s) filed with the complaint, attested under oath, establish probable cause to believe that an offense against the laws of the United States has been committed and that the defendant committed it.

    The defendant therefore may be further detained pending presentment for an initial appearance before United States Magistrate Judge Diana Song Quiroga on April 14, 2025, at 09:46 AM.

    IT IS SO ORDERED

    SIGNED April 13, 2025.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE